[This decision has been published in *Ohio Official Reports* at 94 Ohio St.3d 1247.]

ROESCH, APPELLANT, *v*. WARREN DISTRIBUTION/FLEET ENGINEERING

RESEARCH ET AL.; CLARK OIL, APPELLEE.

[Cite as *Roesch v. Warren Distrib./Fleet Eng. Research*, 2002-Ohio-1245.]

*Appeal dismissed as improvidently allowed.*

(No. 01-113—Submitted January 30, 2002—Decided March 20, 2002.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 77121.

————————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

PFEIFER, J., dissents and would reverse the judgment of the court of appeals.

————————————

*Paul V. Wolf*, for appellant.

*Cleary & Associates Co., L.P.A., Timothy R. Cleary* and *Danielle Konrad Pitcock*, for appellee.

————————————